UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANIKA WILEY-BATES,

        Plaintiff,

v.

FORD MOTOR CO.
AND ASSOC.,

        Defendant.

Case No. 26-cv-11008
Hon. Matthew F. Leitman

_____/

### ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Shanika Wiley-Bates alleges that Defendant Ford Motor Company and Associates discriminated against her based on her sex and retaliated against her when she raised concerns about that alleged misconduct. (*See* Compl., ECF No. 1.)  On May 6, 2026, the Court ordered Wiley-Bates to complete and submit certain documents to the Clerk of the Court so that her Complaint could be served on Ford. (*See* Order, ECF No. 6.)  The deadline for Wiley-Bates to submit those documents was May 20, 2026.  Wiley-Bates failed to submit any documents to the Court by that date.  In addition, Wiley-Bates has neither contacted the Court to ask for additional time to comply with the Court's order nor provided any explanation for her failure to submit the required documents.  The failure to comply with the Court's order is not a mere technical violation of the rules.  Without the

1

required service documents, the Court cannot serve the Complaint on Ford and this

case cannot progress forward.

Thus, because Wiley-Bates has failed to comply with the Court's May 6 order,

the Court **DISMISSES** her Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  June 10, 2026          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2